FILED
CLERK, U.S. DISTRICT COURT

JAN - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM McMULLEN,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>        Defendant. | CASE NO. CV 06-5743-R (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this matter is remanded to the Commissioner for further proceedings.

DATED: Jan. 2, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE